Prob 35  
(3/98)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

HARDY WILLIAMS

Crim. No. 02:99CR20290-001

On October 13, 2000, the above named was placed on Supervised Release for a period of four (4) years. He has complied with the rules and regulations of Supervised Release, and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Christy J. Henson  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of July, 2005.

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:99-CR-20290 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT